

# Fourth Court of Appeals
## San Antonio, Texas

May 22, 2019

No. 04-19-00238-CV

**PREMIEANT INCORPORATED DBA PREMIEANT,**
Appellants

v.

Constance **SNOWDEN** as next Friend and Legal Guardian of Annette Snowden, an
incapacitated Person,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI14231
The Honorable Mary Lou Alvarez, Judge Presiding

## O R D E R

Court reporter Mary Scopas's notification of late reporter's record is noted. The
reporter's record was filed May 20, 2019. Appellant's brief is due June 10, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 22nd day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court